# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. BARNES, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACT. NO.: 3:18cv1022-ECM |
| SGT. SHANNON ROLLINS, *et al.*, | ) |
| Respondents. | ) |

**OPINION and ORDER**

On April 2, 2019, the Magistrate Judge filed a Recommendation to which no timely objection have been filed. (Doc. 14). Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation is ADOPTED, and this petition is DENIED and DISMISSED without prejudice to afford Petitioner an opportunity to exhaust all available state court remedies.

A separate Final Judgment will be entered.

Done this 6th day of May, 2019.

                                                  /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE